Claim
Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

### MIDDLE DISTRICT OF FLORIDA

#### CIVIL Division

Dominic Pierre Alexander 1st. El

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No.** 8:24 cv 1406 TPB-SPF

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

-v-

**CARMINE MARCENO**

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

JUN 10 2024 PM2:50
FILED - USDC - FLMD - TPA

Claim
### ~~COMPLAINT~~ FOR A CIVIL CASE

Claim
## I. The Parties to This ~~Complaint~~

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Dominic Alexander 1st. El |
| Street Address | c/o Post Office Box 20202 |
| City and County | Bradenton, Manatee |
| State and Zip Code | Florida Republic [34204] |
| Telephone Number | 941-448-9787 |
| E-mail Address | domsinvestment@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.



Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

| | |
|---|---|
| Name | **CARMINE MARCENO** |
| Job or Title *(if known)* | **SHERIFF/ LEE COUNTY SHERIFF'S OFFICE** |
| Street Address | **14750 SIX MILE CYPRESS PARKWAY** |
| City and County | **FORT MYERS/ LEE** |
| State and Zip Code | **FLORIDA, 33912** |
| Telephone Number | **N/A** |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Claim

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question or cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question               ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
18 USC 241 CONSPIRE ON RIGHTS
18 USC 242 DEPRIVATION OF RIGHTS

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* Dominic Alexander 1st. El , is a ~~citizen~~ of the NON-CITIZEN National

State of *(name)* Florida Republic .

b.   If the plaintiff is a corporation

The plaintiff, *(name)*                              , is incorporated

under the laws of the State of *(name)*                              ,

and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)*                              , is a citizen of

the State of *(name)*                              . Or is a citizen of

*(foreign nation)*                              .

Claim
Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    **If the defendant is a corporation**

The defendant, *(name)*  CARMINE MARCENO , is incorporated under

the laws of the State of *(name)*  FLORIDA , and has its

principal place of business in the State of *(name)*  FLORIDA .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*: SUM CERTAIN TO: $500,000,000.00 (FIVE HUNDRED MILLION DOLLARS) for unlawful violations.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
18 USC 241 CONSPIRE ON RIGHTS
18 USC 242 DEPRIVATION OF RIGHTS

Adhere to Affidavit for Statement of Claim exhibit attached.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I, Dominic Alexander 1st. El, COMMAND this court to award Claimant $500,000,000.00., (FIVE HUNDRED MILLION DOLLARS) for unlawful violations.

Pro Se 1 (Rev. 12/16) Claim Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    5th June 2024

Signature of Plaintiff    Dominic Pierre Alexander 1st El

Printed Name of Plaintiff    Dominic Pierre Alexander 1st. El

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney

Printed Name of Attorney    _____

Bar Number

Name of Law Firm

Street Address

State and Zip Code    _____

Telephone Number

E-mail Address





**I.S.L.A.M**



**Moor-American**



**Northwest Amexem**

# Affidavit For Statement Of Claim

30th May 2024

I am, Dominic Pierre Alexander 1st El, an Aboriginal/ Indigenous, Free Sovereign Moor-American National, In Propria Persona. I, claimant/ creditor seeking damages for Rights Violations Sum Certain $500,000,000.00 (Five Hundred Million Dollars). Florida's Secured Transaction Registry Lien filed against Defendant: CARMINE MARCENO of 14750 SIX MILE CYPRESS PARKWAY, FORT MYERS, FL 33912, herein exhibited, expresses claimant's priority interest. Also, Notice's for Fault and Opportunity to Cure; Notice of Dishonor and Notice of Affidavit for Mailing, herein evidenced as Defendant in default and failing to satisfy presentment for payment. See certified mailing receipts and exhibits /attached.

I COMMAND this court to award Claimant sum certain $500,000,000.00 (Five Hundred Million Dollars) for Rights Violations herein expressed.

**Federally Protected Rights Violations:**
1. 18 USC 241 Conspiracy on Rights
2. 18 USC 242 Deprivation of Rights

By Special Appearance, in Honor, the Divine Being, **Dominic Pierre Alexander El 1st**, Affirms that He is the Natural Person / Divine Being herein named, existing in His own Proper Person; meeting the 'law of evidence' as required and defined in 'Identity'; affirmed by Lawful, Substantive Right; by Birthright; and respectively acknowledged – being lawfully qualified and competent to execute this Document. I therefore place my hand and seal thereto.

**Chronos:**   Day: 5th   Month: June   Year: 2024.

I Am: Dominic Pierre Alexander 1st El
Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved;
Free Moor / Muur;
Northwest Amexem / Northwest Africa / North America.

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire – Continental United States.

## STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**

**B. Email Address:**

**C. SEND ACKNOWLEDGMENT TO:**
Name   Dominic Alexander
Address   c/o 2607 50th Dr. E
Address   Apartment: 101
City/State/Zip: Bradenton, Florida Republic [34203]

| FLORIDA SECURED TRANSACTION REGISTRY |
|---|
| FILED |
| 2023 Sep 13 08:00 AM |
| ****** 202302502688 ****** |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate or Combine Names**

1a. ORGANIZATION'S NAME

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| ALEXANDER | DOMINIC | PIERRE | SR. |

| 1c. MAILING ADDRESS Line One | | | |
|---|---|---|---|
| c/o 2607 50th Dr. E | This space not available. | | |

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| Apartment: 101 | Bradenton | Florida | [34203] | USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names**

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS Line One | | | |
|---|---|---|---|
| | This space not available. | | |

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY (3a OR 3b)**

3a. ORGANIZATION'S NAME

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Alexander | Dominic | Pierre | Senior. |

| 3c. MAILING ADDRESS Line One | | | |
|---|---|---|---|
| c/o 2607 50th Dr. E | This space not available. | | |

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| Apartment: 101 | Bradenton | Florida | [34203] | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

Record lien claim performance demand against: Lee County Sheriff: Carmine Marceno of 14750 Six Mile Cypress Parkway Fort Myers Florida 33912. This lien is to be satisfied in the sum certain to: $500,000,000.00 (Five Hundred Million Dollars-USD or functional currency).
Lee County Court Case Number: 19-cf-588897; VIOLATIONS pertaining to: Title 18 USC s.241; Title 18 USC s.242.

Heirdom Trust UCC File Account: 282200109847: Dominic-Pierre: Alexander/Senior.; Claimant; Natural Man; Secured Party Creditor; Sui Juris.

| 5. ALTERNATE DESIGNATION (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR |
|---|---|---|---|
| | ☑ AG LIEN | ☐ NON-UCC FILING | ☐ SELLER/BUYER |

**6. Florida DOCUMENTARY STAMP TAX – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX**

☑ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☐ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**



**D TRANSACTION REGISTRY**

Document Number: 202302502688

Validation Number: ***C * 09132303411701 – 35.00***35***

UCC number 202302502688 has been filed with the Florida Secured Transaction Registry. The expiration date for the filing is 09/13/2028. Complete information related to the UCC filing is available on the internet at www.floridaucc.com. It is your responsibility to review all information associated with this filing to ensure information has been recorded correctly.

If you have questions or concerns about this filing, please call FLORIDAUCC, LLC at (850) 222-8526.

abrown1
DOCUMENT SPECIALIST
FSTR

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.. |
|---|---|
| FTCAS-Torts Branch,Civil Division-U.S Department of Justice P.O Box 888 Benjamin Franklin Section Washington, D.C., 20044 | :Dominic-Pierre: Alexander. c/o 2607 50th Dr. E Apartment: 101 Bradenton, Florida [34203]Non-Domestic/Non-Assumpsit |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☐ CIVILIAN | 06/07/1988 | n/a | 8/22/22 | 12 p.m. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

I, :Dominic-Pierre: Alexander., Claimant, Natural man, Secured Party Creditor, filing this claim against Lee County Sheriff CARMINE MARCENO of 14750 Six Mile Cypress Parkway Fort Myers, FL 33912, for VIOLATIONS PERTAINING TO: Title 18 USC (s.241): Conspiracy Against Rights; Title 18 USC (s.242): Deprivation of Rights Under Color of Law; Lee County Court Case Number: 19-ct-503897; Claim amount certain to: $500,000,000.00(Five Hundred Million USD/Lawful Money12USC411).
U.C.C. Filing Number: 202200109847

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

See attached/enclosed exhibits. Notice of Fault; Notice of Fault and Opprtunity to Cure; Notice of Dishonor; Affidavit of Mailing.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

VIOLATIONS PERTAINING TO: Title 18 USC (s.241): Conspiracy Against Rights; Title 18 USC (s.242): Deprivation of Rights Under Color of Law.
U.C.C. Filing Number: 202200109847

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| | | |
| | | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| | | | 500,000,000.00/ 12 USC 411 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on rev.) | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| :Dominic-Pierre: Alexander. | 941-713-8966 | 5/4/2023 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT OF JUSTICE

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

**15. Do you carry accident insurance?** ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

n/a

**16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?** ☐ Yes ☐ No | **17. If deductible, state amount.**

n/a | n/a

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).**

n/a

**19. Do you carry public liability and property damage insurance?** ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No

n/a

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*

Fort Myers, FL 33901 OFFICIAL USE

| Certified Mail Fee | $6.15 | |
| Extra Services & Fees (check box, add fee as appropriate) | | 0250 07 |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | Postmark Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $9.65 | |
| Total Postage and Fees | $17.15 | 05/04/2023 |

Sent To TORT CLAIM
CARMINE MARCENO / LCSO
Street and Apt. No., or PO Box No.
14750 SIX MILE CYPRESS PARKWAY
City, State, ZIP+4®
FORT MYERS, FL 33912

PS Form 3800, April 20 PSN 7530-02-000-9047    See Reverse for Instructions



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
ATTN: CARMINE MARCENO
LEE COUNTY SHERIFFS OFFICE
14750 SIX MILE CYPRESS PARKWAY
FORT MYERS, FL 33912

9590 9402 8209 3030 4310 90

2. Article Number (Transfer from service label)
5919

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
Haiki Gonzalez   5/6/23
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Washington

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $4.15 | |
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ | |
| ☐ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $9.65 | |
| Total Postage and Fees $17.15 | 05/04/2023 |

Sent To MERRICK B. GARLAND / U.S DEPT OF JUSTICE
Street and Apt. No., or PO Box No. P.O BOX 888 / BENJAMIN FRANKLIN SEC
City, State, ZIP+4® WASHINGTON, D.C. 20044

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7021 1970 0002 0906 2488

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
ATTN: MERRICK B. GARLAND
FTCA5 - TORTS BRANCH, CIVIL DIVISION
U.S DEPARTMENT OF JUSTICE
P.O BOX 888 / BENJAMIN FRANKLIN SECTION
WASHINGTON, D.C. 20044

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 8209 3030 4311 06

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt



:Dominic-Pierre: Alexander.

c/o 2607 50th Dr. E

Apartment: 101

Bradenton, FL [34203]

Certified Return Mail Receipt #
7020 1290 0002 2502 6046

Lee County Sheriff's Office

14750 Six Mile Cypress Parkway

Fort Myers, FL 33912

April 3rd, 2023

Attention Mr. Marceno,

## NOTICE OF FAULT

The purpose of this letter is to inform you of fault for VIOLATIONS pertaining to Lee
County court case number: 19-ct-503897.

The reasons are as follows, but not limited to:

Title 18 USC (s.241); (s.242).



I, :Dominic-Pierre: Alexander., Claimant/Secured Party Creditor, am recorded within the Commercial Chamber of the FloridaUCC, LLC. Adhere to Secured Party Creditor Filing-Legal Notice and Demand section (Item#06071988-Dominic-Pierre: Alexander-LND) (14 Pages), included in this envelope; along with a copy of Lien to be satisfied for a settlement-flat fee, in full, in the sum amount of Five Hundred Million ($500,000,000.00) USD.

Make settlement made PAYABLE to: Dominic-Pierre: Alexander., via wire transfer/ direct deposit for Wells Fargo account number 8094418822 OR mail Cashier's Check/Bank Check to address listed above within ten (10) days of receiving this NOTICE.

I strongly suggest your prompt attention to this matter. If I do not collect from you within ten (10) days of the date of this letter, I will be forced to pursue further action to protect my position.

: Dominic-Pierre: Alexander.

The foregoing was sworn to or affirmed and subscribed before me,

by: DOMINIC ALEXANDER     this 3rd day of APRIL , 2023.

Notary Public State of Florida
Nicolas Hadad
My Commission
HH 245194
Exp. 3/27/2026

Notary Public Signature/Stamp/Seal

My Commission # HH245194     My Commission Expires 3/27/2026





U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Fort Myers FL 33912

| | |
|---|---|
| Certified Mail Fee | $4.15 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $9.65 |
| Total Postage and Fees | $17.15 |

Sent To _____ LEE

Street and Apt. No., or PO Box No. _JUSTICE OF PEACE_

City, State, ZIP+4®

7020 1290 0002 2502 6046

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CARMINE MARCENO
14750 Six Mile Cypress Parkway
Fort Myers, FL 33912

9590 9402 7974 2305 9892 74

2. Article Number (Transfer from service label)

6046

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Pute Engven   4-5-23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

:Dominic-Pierre: Alexander.

c/o 2607 50ᵗʰ Dr. E

Apartment: 101

Bradenton, Florida [34203]

Non-Domestic / Non-Assumpsit

CERTIFIED MAIL RECIEPT NUMBER:


7020 1290 0002 2502 6039

ATTN: Carmine Marceno

Lee County Sheriff's Office

14750 Six Mile Cypress Parkway

Fort Myers, FL 33912

April 15, 2023

RE: Notice of Fault and Opportunity to Cure

Dear Mr. Carmine Marceno,

On April 3, 2023, the undersigned / Secured Party, mailed you via Certified Mail tracking number: 7020 1290 0002 2502 6046, Notice of Fault.

i, :Dominic-Pierre: Alexander., Undersigned / Secured Party Creditor, have NOT received Flat Fee-Settlement-Payment; nor have I received a sworn affidavit under penalty of perjury, rebuttal-point for point, from you with regards to your position.

You failed to perform within the reasonable ten (10) day demand, for FLAT FEE-SETTLEMENT-PAYMENT, after receiving presentment April 5ᵗʰ, 2023.

You are at fault, in agreement, and are obligated to the terms of the undersigned's dated presentment(s). PLEASE MAKE THINGS RIGHT; USE THIS OPPORTUNITY, TO CURE OUR DIFFERENCES.



Through your dishonor, should you fail to Cure your fault by not submitting FLAT FEE-SETTLEMENT-PAYMENT in full, in the sum amount of $500,000,000.00 (Five Hundred Million-USD) made PAYABLE to: Dominic-Pierre: Alexander., via wire transfer/ direct deposit for Wells Fargo account number: 8094418822 OR Cashier's Check / Bank Check to address listed above within Three (3) Days upon receipt of this Notice, I will forced to pursue further action to protect my position.

Thank you kindly,

Regards,

:Dominic-Pierre: Alexander.

:Dominic-Pierre: Alexander.

Secured Party Creditor, Sui Juris

Authorized Representative For And in Behalf of:

DOMINIC PIERRE ALEXANDER©

Without Prejudice.

I, :Dominic-Pierre: Alexander,_____ declare under penalties of perjury

under the laws of the State of Florida that the above is true, correct, and complete, and that this

Affidavit of Service was executed on Day _14_, Month _April_, Year _2023_ in

_manatee_____ County, Florida, _34208_____ Zip.

_Audriane P. Sommerfeld_

Name of Notary Public: Notary Public

Notary/Public in and for said State of Florida

My Commission Expires: _10/31/2026_

SEAL



Notary Public State of Florida
Audriana R Sommerfeld
My Commission HH 327825
Expires 10/31/2026





**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

For Myers   FL 33912   OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee   $4.15 | |
| $ | $0.00 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy)   $ | $0.00 |
| ☐ Return Receipt (electronic)   $ | $0.00 |
| ☐ Certified Mail Restricted Delivery   $ | $0.00 |
| ☐ Adult Signature Required   $ | $0.00 |
| ☐ Adult Signature Restricted Delivery   $ | |
| Postage   $9.65 | |
| $ | |
| Total Postage and Fees   $13.80 | |

$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for...

:Dominic-Pierre: Alexander.

c/o 2607 50th Dr. E

Apartment: 101

Bradenton, Florida [34203]

Non-Domestic / Non-Assumpsit

CERTIFIED MAIL RECIEPT NUMBER:
7021 2720 0008 1147 7994

ATTN: Carmine Marceno

Lee County Sheriff's Office

14750 Six Mile Cypress Parkway

Fort Myers, FL 33912

April 24th, 2023

RE: NOTICE OF DISHONOR

Dear Mr. Carmine Marceno,

This letter is to advise you of your NON-PAYMENT to: Dominic-Pierre: Alexander., after receiving presentment April 4th, 2023.

Your failure to make payment after issued Notice of Fault; Notice of Fault and Opportunity to Cure, establishes extensive grounds for DISHONOR.

This letter is Notice of Dishonor pursuant Uniform Commercial Code 3-503 (b).

Flat-Fee-Settlement made PAYABLE to: Dominic-Pierre: Alexander., via wire transfer / direct deposit into Wells Fargo account number: 8094418822 OR made payable by cashier's check / bank check to :Dominic-Pierre: Alexander. c/o 2607 50th Dr. E Apartment: 101 Bradenton, Florida [34203].

Make payment within ten (10) days of receipt of this Final Notice.

Thank you kindly,

Regards,

:Dominic-Pierre: Alexander.

Secured Party Creditor, Sui Juris

Authorized Representative For And in Behalf of:

DOMINIC PIERRE ALEXANDER©

Without Prejudice.

I,   :Dominic-Pierre: Alexander.       declare under penalties of perjury

under the laws of the State of Florida that the above is true, correct, and complete, and that this

Affidavit of Service was executed on Day 24, Month APRIL, Year 2023 in

MANATEE County, Florida, 34208 Zip.

Name of Notary Public: Notary Public

Notary/Public in and for said State of Florida

My Commission Expires: 3/27/2026

Notary Public State of Florida
Nicolas Hadad
My Commission
HH245194
Exp. 3/27/2026



## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

For  Myers  FL  33912

| | |
|---|---|
| Certified Mail Fee | $4.15 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $____
- ☐ Return Receipt (electronic) $____
- ☐ Certified Mail Restricted Delivery $____
- ☐ Adult Signature Required $____
- ☐ Adult Signature Restricted Delivery $____

Postmark Here

Postage  $9.65

Total Postage and Fees

Sent To  ATTN: CARMINE MARCENO  JUSTICE OF

Street and Apt. No., or PO Box No.  LEE COUNTY SHERIFF'S OFFICE
14750 SIX MILE CYPRESS PARKWAY
FORT MYERS, FL 33912

City, State, ZIP+4®

PS Form 3800, April 20..    See Reverse for Instructions

7021 2720 0000 8114 7994

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
ATTN: CARMINE MARCENO
LEE COUNTY SHERIFF'S OFFICE
14750 SixMile Cypress Parkway
Fort Myers, FL 33912

9590 9402 7788 2152 3454 02

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
4/24/23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Mail
- ☐ Mail Restricted Delivery

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7021 2720 0000 8114 7994

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



:Dominic-Pierre: Alexander.

c/o 2607 50th Dr. E

Apartment: 101

Bradenton, Florida [34203]

Non-Domestic/ Non-Assumpsit

**NOTICE TO AGENT IS NOTICE TO PRINCIPLE**

**NOTICE TO PRINCIPLE IS NOTICE TO AGENT**

ATTN: CARMINE MARCENO

LEE COUNTY SHERIFFS OFFICE

14750 SIX MILE CYPRESS PARKWAY

FORT MYERS, FL 33912

May 1st, 2023

RE: COPIES OF ALL NOTICES FOR PAYMENT.

Good Day!

Enclosed, are copies of all **NOTICES** previously mailed to you as follows:

- Notice of Fault
- Notice of Fault and Opportunity to Cure
- Notice of Dishonor



Sincerely,

:Dominic-Pierre: Alexander.

The foregoing was sworn to or affirmed and subscribed before me by:

Dominic Alexander _____ this 1st day of may _____, 2023.

Notary Public Signature/Stamp/Seal *Audriana P. Sommerfeld*

My Commission # HH 527825 _____ My Commission Expires 10/31/26 _____

Notary Public State of Florida
Audriana R Sommerfeld
My Commission  HH 327825
Expires 10/31/2026

State of Florida                          )

                                          )

County of *Manatee*                       )


**AFFIDAVIT OF MAILING**


I am over 18 years of age and not a party to the action, my business address is:

*Hudriana R. Sommerkkl* Notary Name

c/o 4654 East State Road 64

Bradenton, FL 34208


On the 3ʳᵈ Day of April, 2023,

I mailed, certified mail receipt number: 7020 1290 0002 2502 6046, to Lee County Sheriff: Carmine Marceno at Lee County Sheriff's Office: 14750 Six Mile Cypress Parkway Fort Myers, Florida 33912, one copy of the following:

-Notice of Fault (2 pages) (10 Day Presentment) Received by Carmine Marceno on 4/5/23 @ 11:54 a.m.


On the 17th Day of April, 2023,

I mailed, certified mail receipt number: 7020 1290 0002 2502 6039, to Lee County Sheriff: Carmine Marceno at Lee County Sheriff's Office: 14750 Six Mile Cypress Parkway Fort Myers, Florida 33912, one copy of the following:

-Notice of Default and Opportunity to Cure (2 pages) (3 Day Presentment) Received by Carmine Marceno on 4/19/2023 @ 11:49 a.m.


On the 24ᵗʰ Day of April, 2023,



I mailed, certified mail receipt number: 7021 2720 0000 8114 7994, to Lee County Sheriff: Carmine Marceno at Lee County Sheriff's Office: 14750 Six Mile Cypress Parkway Fort Myers, Florida 33912, one copy of the following:

-Notice of Dishonor (2 pages) (10 Day Presentment) Received by Carmine Marceno on 4/26/23 @ 11:33a.m.

-Copies of All previous correspondence.

A total of ___8___ pages, including all attachments (not including this affidavit of mailing) by United States Postal Service Certified Mail, Article Number _7021 2720 0000 8114 3021_.
Return Receipt Requested, in a sealed envelope with postage pre-paid, properly addressed to: ATTN To as follows:

     ATTN: Carmine Marceno

     Lee County Sheriff's Office

     14750 Six Mile Cypress Parkway

     Fort Myers, FL 33912

I, _____:Dominic-Pierre: Alexander._____ declare under penalties of

perjury under the laws of the State of Florida that the above is true, correct, and complete, and that

this Affidavit of Service was executed on Day _1st_, Month _may_, Year in _2023_

_Manatee_ County, Florida, _34208_ Zip.

_Audriana R. Sommerfeld_ Name of Notary Public;

Notary/Public in and for said State of Florida

My Commission Expires: _10/31/26_



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Fort Myer FL 339 2

| Certified Mail Fee | $4.15 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $ | |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $9.65 | |
| Total Postage and Fees | $17.15 | |

0250
11
Postmark
Here
2023

COPIES OF ALL NOTICES FOR PAYMENT

Sent To LCSO / CHARMINE MARCENO

Street and Apt. No., or PO Box No. 14750 SIX MILE CYPRESS PARKWAY

City, State, ZIP+4® FT MYERS, FL 33912

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7021 2720 0000 8114 8021



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
ATTN: CARMINE MARCENO
LEE COUNTY SHERIFFS OFFICE
14750 SIX MILE CYPRESS PARKWAY
FORT MYERS, FL 33912

9590 9402 8209 3030 4311 20

2. Article Number (Transfer from service label)
7021 2720 0000 8114 8021

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____   ☒ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
E. del Cristo   5/2/23

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery