
I.S.L.A.M


Moor-Americans


Northwest Amexem

# Affidavit Of Financial Statement

Exercise of Constitution – Secured Right

June 5th 2024

**NOTICE TO AGENT IS NOTICE TO PRINCIPLE**

**NOTICE TO PRINCIPLE IS NOTICE TO AGENT**

Claimant:

Dominic Alexander El

c/o P.O. BOX 20202

Bradenton, Florida Republic [34204]

NON-DOMESTIC/NON-ASSUMPSIT

For:

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

Supreme Court Secretary

**ATTN: ELIZABETH WARREN**

801 North Florida Ave

Tampa, FL 33602

**Notice for Judges and Officials' Oath**

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire – Continental United States.

Page 1 of 2