
I.S.L.A.M


Moor-Americans


Northwest Amexem

**Claimant:**
Dominic Pierre Alexander 1st El
c/o Post Office Box 20202
Bradenton, Florida Republic [34204]
domsinvestment@yahoo.com
941-448-9787

**NOTICE TO AGENT IS NOTICE TO PRINCIPLE**
**NOTICE TO PRINCIPLE IS NOTICE TO AGENT**

June 5th 2024

**To:**
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Supreme Court Secretary
**ATTN: ELIZEBETH WARREN**
801 North Florida Avenue
Tampa, FL 33602

Greetings,

File record ~~consumer~~ business tort claim into evidence for performance and satisfaction, without let or hindrance.

**See:** Affidavit of Financial Statement enclosed reflecting the United States' duty and obligations for payment.

All forms, information, and claims submitted are complete, true, and due.

**Note:**
18 USC 2076 Clerks
28 USC 1361 Clerks Owed Duty
Mailbox Rule
Rule 902 Self-Authenticating Evidence

I Am: _Dominic Pierre Alexander 1st El_ _____.
Claimant, Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved.
Aboriginal / Indigenous, free Sovereign Moor - Natural Person of the Land; 'In Propria Persona' (Not Pro Se-Nor Colorable)
*Moors / Muurs: The Aboriginal and Indigenous Natural Peoples and True Inheritors of the Lands (Territories) - North America, Central America, South America, and the Adjoining Islands Al Moroc / Ameru / Americana)

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire – Continental United States.

