**CERTIFIED MAIL**

9589 0710 5270 0556 6797 02

First Class U.S. Mail

Statutory–Non-Domestic–Fully-Pre-Paid

12 Stat. at Law, Ch. 71, Sec 23.

Federal Offense to Collect Additional Postage

18 USC 1726 "Without the United States"

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

**PRIORITY MAIL**

**CERTIFIED MAIL**
UNITED STATES POSTAL SERVICE
FOR USE ONLY WITH IMpb SHIPPING LABEL
Label 3800-N, January 2014    PSN 7690-17-000-0906

**FROM:**

**Dominic Alexander El**

c/o Post Office Box: 20202

Bradenton, Florida Republic [34204]

Non-Domestic / Non-Assumpsit

First Class, Special Delivery

**TO:**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ATTN: ELIZABETH WARREN**
SECRETARY/ CLERK OF THE COURT

801 NORTH FLORIDA AVENUE
TAMPA, FL 33602

FLAT RATE ENVELOPE
ANY WEIGHT

KED • INSURED

Legal Flat Rate Envelope
EP14L October 2023
OD: 15 x 9.5







**CERTIF**
FOR USE ONLY W
Label 3800-N, January 2014



**UNITED STATES POSTAL SERVICE®** | **PRIORITY® MAIL**

**LEGAL FLAT RATE ENVE'**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

[Obstruction of Correspondence-Fine/Prison-18USC1702]
[Detain/delay mail-Fine/Prison time 18USC 1703]
[18USC1505 - Obstruction of proceedings]
[18 USC 1506 - Theft or alteration of record or process]
[18 USC 1693-prison/Fine for carry letters under color of law]
[18USC 242-Deprivation of rights under color of law]
[Officer/employee theft of mail-fine/prison 18USC 1709]
[Defacing mail punishable 3yrs prison 18USC 1705]
[Stealing letter by fraud prison/fine 18USC 1708]
[Intangible right of honest services 18USC 1346]
[18 USC 872- Extortion by Officers/Employees]
[18USC 1693-prison/Fine for carry letters contrary to law]
[18USC, Ch1,S.11-foreign gov. irrespective of recognition]
[Any Obstruction = Forfeit of Office-18 USC 2071]

[Obstructing Mail-6mo, Prison- 18USC1701]
[Unlawful Collection of Postage 18USC1726]
[Obstruct/retard passage of mail-Fine/ Prison 18USC1701]
[18 USC 1924, Unauthorized Removal]
[Zip code not required – DMM 602 1.3 (2)]
[18USC 241 – Conspiracy against rights]
[18 USC § 1510 - Obstruction of criminal investigations]
[5 CFR 2635.702 - Use of public office for private gain]
[Zip Exempt-Extra regard as prepaid IMM 742.1]
[Stamp not affixed-treat as prepaid IMM 742.2]
[Without postage-rob mail-10 years prison 18USC;Sec. 2114]
[Attempt to rob mail-10 years prison 18USC;Sec. 2114]
[Prison time-against constitutional gov. 18 USC 1918]
[5 USC 7311-Loss of office for unconstitutional actions]

**TRACKED ■ INSURED**